**Order entered November 8, 2018**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-18-01201-CV

**GENTIVA HEALTH SERVICES (USA), LLC, INTEGRACARE OF GRANBURY, LLC, INTEGRACARE HOME HEALTH SERVICES, INC., INTEGRACARE OF TEXAS, LLC AND GIRLING HEALTH CARE, INC., Appellants**

**V.**

**MICHELE BROCK F/K/A FINSTAD, AVIATOR HOME HEALTH,  MICHELLE BRIDIER, MENDY JONES, SHIRLEY SMELLEY, LINDA HOLCOMB, SHELBY DAMRON, BRANDON KOWACICH AND JUAN MARCOS TREVINO, Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02287-2018**

## ORDER

Before the Court is appellants' November 7, 2018 unopposed first motion for extension of briefing schedule.  We **GRANT** the motion to the extent we **ORDER** appellants to file either their brief or a status report on the parties' settlement negotiations no later than December 13, 2018.

/s/      DAVID EVANS
         JUSTICE